## OSCAR DOUGHTY v. STATE.

No. A-8634.   March 9, 1934.
(30 Pac. [2d] 1118.)

Champion, Champion & Fischl, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

346

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of having possession of intoxicating liquor, and was sentenced to pay a fine of $50 and to be confined in the county jail for a term of 30 days, and appeals.

The record in this case was filed in this court September 25, 1933; no brief has been filed in support of the defendant's assignment of errors. A careful examination discloses no fundamental error, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.